**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


**JOHN KINSEL**                                                                  **CIVIL ACTION**

**VERSUS**

**BURL CAIN, WARDEN**                                             **NO.08-1512 Sect. D (6)**


*NOTICE OF APPEAL*


Notice is hereby given that Burl Cain, Warden, the Respondent in the above-named case,

hereby appeals to the United States Court of Appeals for the Fifth Circuit, from the *Judgment* of April

21, 2010, which was entered on the 22nd day of April, 2010, pursuant to the *Order and Reasons* of

April 21, 2010, and entered on April 22, 2010.

The *Judgment* denied with prejudice the habeas corpus petition, finding that under the highly

deferential standard for evaluating state- court rulings, Kinsel was not entitled to federal habeas relief.

That ruling is correct. However, in the *Order and Reasons* the Court also ruled that the Habeas

petition was timely filed. It is that part of the ruling that Burl Cain notice's his intent to appeal.

Respectfully submittted,

_____ /s/ Anne Wallis
Anne Wallis (#15063)
Assistant District Attorney
200 Derbigny Street
Gretna, Louisiana, 70053
(504) 368-1020

### *CERTIFICATE OF SERVICE*

I do hereby certify that a copy of the foregoing has been served electronically on those certified to receive mail electronically on the 10th day of May, 2010,  and on those who are not, at the address below, by placing same in the United States mail, postage prepaid, this 10th day of May, 2010.

/S/Anne Wallis, #15063
Attorney    for    Burl    Cain

Autumn Town
Attorney for John Kinsel
700 Camp Street, Suite 112
New Orleans, Louisiana 70130